IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES KENT | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv809 |
| JOHN B. FOX | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

James Kent an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court previously referred this matter to the Honorable Keith F. Gi blin, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation concerning the petition.  The magistrate judge recommends the petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of petitioner's objections.  After careful consideration, the court is of the opinion the objections are without merit.  Petitioner has failed to demonstrate he is entitled to attack his federal conviction by filing a petition pursuant to 28 U.S.C. § 2241.

ORDER

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the court.  A final judgment shall be entered in accordance with the

recommendation of the magistrate judge.

So **ORDERED** and **SIGNED** this **2** day of **January, 2008.**

_____
Ron Clark, United States District Judge